April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alfred S. Barnard* for the petitioner. *Mr. E. J. Justice* for the respondent.

---

No. 841. S. GRAEME HARRISON, PETITIONER, *v.* THE PHILADELPHIA CONTRIBUTIONSHIP FOR THE INSURANCE OF HOUSES FROM LOSS BY FIRE. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. R. Mason Lisle* for the petitioner. No appearance for the respondent.

---

No. 846. LILLIAN F. SLOCUM, EXECUTRIX, ETC., PETITIONER, *v.* NEW YORK LIFE INSURANCE COMPANY. April 18, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Daniel B. Henderson* for the petitioner. No appearance for the respondent.

---

No. 855. GEORGE M. NOWELL ET AL., PETITIONERS, *v.* THE INTERNATIONAL TRUST COMPANY ET AL. April 18, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George M. Nowell* and *Mr. Joseph B. Church* for the petitioners. *Mr. E. S. Pillsbury* and *Mr. Lewis P. Shackleford* for the respondents.

---

No. 861. HUBERT HOPKINS, PETITIONER, *v.* HEBER C. PETERS ET AL. April 18, 1910. Petition for a writ of